# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE TERESA GOELLNER-GRANT, KYLE D. GRANT**, and **ALEXANDER GOELLNER**, | : CIVIL ACTION NO. 1:19-CV-244 : : (Chief Judge Conner) |
| Plaintiffs | : |
| v. | : |
| JLG INDUSTRIES, INC., | : |
| Defendant | : |

## ORDER

AND NOW, this 5th day of November, 2019, upon consideration of defendant's motion (Doc. 40) for summary judgment, and the parties' respective briefs in support of and opposition thereto, (Docs. 42, 45, 46), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 40) for summary judgment on statute-of-limitations grounds is GRANTED.

2. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiffs.

3. The Clerk of Court shall thereafter close this case.

                                    /S/ CHRISTOPHER C. CONNER
                                    Christopher C. Conner, Chief Judge
                                    United States District Court
                                    Middle District of Pennsylvania